UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> RAUL MOISES MARTINEZ RIVERA, | **INDICTMENT** <br> CRIMINAL NO. 25-175 (FAB) <br><br> **VIOLATIONS:** <br> 18 U.S.C. § 2422(b) and <br> 18 U.S.C. § 1470. <br><br> **TWO COUNTS** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Coercion and Enticement of a Minor**
(Title 18, United States Code, Sections 2422(b) and 2)

In or about November 2024 to in or about December 2024, in the District of Puerto Rico and within the jurisdiction of this court,

**RAUL MOISES MARTINEZ RIVERA,**

the defendant herein, used a facility of interstate and foreign commerce, that is, a cellular phone, as well as internet instant messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen, that is, a 13-year-old female minor, to engage in sexual activity for which any person can be charged with a criminal offense, under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Sections 2422(b).

## COUNT TWO
### Transfer of Obscene Material to a Minor
(Title 18, United States Code, Section 1470)

In or about November 2024 to in or about December 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**RAUL MOISES MARTINEZ RIVERA,**

did use the internet, a facility and means of interstate or foreign commerce, to knowingly transfer obscene matter to an individual under the age of sixteen, that is, a 13-year-old female minor, knowing that such female individual had not attained the age of sixteen. All in violation of Title 18, United States Code, Section 1470.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL,

Foreperson
Date: April 3, 2025

Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

Daynelle Alvarez Lora
Assistant United States Attorney
Child Exploitation and Immigration Unit