IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL MOISES MARTINEZ-RIVERA, <br><br> Defendant. | Case No. 25-175 (FAB) |

### DEFENDANT'S NOTICE OF WITHDRAWING
### MOTION FOR REVOCATION OF DETENTION ORDER
### AND MOTION TO VACATE DE NOVO DETENTION HEARING

**NOW COMES** Defendant, Raul Moises Martinez-Rivera, through his lawyers from the Federal Public Defender Office, by Joseph A. Niskar, noticing the withdrawal of his earlier Motion for Revocation of Detention Order. (DE-15).

Defendant further moves for this Honorable Court to vacate the de novo bail hearing scheduled for May 7, 2025. (DE-16).

**WHEREFORE**, the Defendant moves this Honorable Court to take notice of the present motion and enter an order granting the relief requested.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 5th day of May 2025.

                                        **RACHEL BRILL**
                                        Chief Federal Defender
                                        District of Puerto Rico

                                        **/s/ *Joseph A. Niskar***
                                        Joseph A. Niskar /G-03007
                                        Assistant Federal Public Defender
                                        241 F.D. Roosevelt

        San Juan, PR 00918
        Tel. 787-281-4922
        Email joseph_niskar@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

        */s/ Joseph A. Niskar*